# Exhibit 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

JUSTIN COPP, an individual,   )
                              )
          Plaintiff,          )
                              )
     vs.                      )  Case No. MCC1800993
                              )
VAAPESCAPE, INC., a           )
California corporation,       )
SAMSUNG SDI CO.,LTD., a       )
Korean Corporation, SAMSUNG   )
SDI AMERICA, INC., a          )
California Corporation, and   )
DOES 1-100 inclusive,         )
                              )
          Defendants.         )
_____)

REMOTE VIDEOTAPED DEPOSITION OF HEUI SEOB SHIN

VOLUME I (PAGES 1 THROUGH 78)

WEDNESDAY, SEPTEMBER 16, 2020

5:17 P.M.

FULLERTON, CALIFORNIA

TAKEN REMOTELY BY EUN JEE KWAHK, CSR 14326
Job No. 107896

```
 1     BY MR. BENTLEY:

 2          Q    Did you review those documents in preparation

 3     for your testimony as well?

 4          THE INTERPRETER:  Excuse me.  I'll start over.

 5          THE WITNESS:  No.

 6     BY MR. BENTLEY:

 7          Q    The documents that you reviewed to prepare for

 8     your testimony, did it refresh your memory about this

 9     case to help prepare you?

10          A    No.

11          Q    Okay.  Did you -- what is the name of your

12     employer?

13          A    SDI.  President.

14          Q    Okay.  Do you work for Samsung SDI currently?

15          A    Yes.

16          Q    And what is your job title or position?

17          A    I am a senior engineer.

18               (The witness in English)  Principal engineer.

19          THE INTERPRETER:  Oh, sorry.  Yes.  So it's not the

20     senior engineer.  It's a principal -- I'm the principal

21     engineer.

22     BY MR. BENTLEY:

23          Q    What are your job duties or responsibilities

24     currently?

25          A    I am the quality engineer.
```

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

0003

```
 1              and uses of Samsung SDI's small cylindrical
 2              rechargeable lithium-ion batteries, including
 3              Samsung SDI's 18650 rechargeable lithium
 4              batteries."
 5                   Is that a true statement?
 6         A    Yes.
 7         Q    All right.  So let -- I want to focus in on
 8    those job duties and responsibilities in regards to
 9    lithium-ion batteries.  That's where we'll start asking
10    questions now.
11                   Okay?
12         A    (Witness in English)  Yes.
13         Q    Okay.  When did Samsung SDI start selling
14    lithium-ion batteries?
15         A    I understand it to be 2002.
16         Q    Okay.  And it may be the same answer.  When
17    did Samsung start making 18650 lithium-ion batteries?
18         THE INTERPRETER:  I'll start over.
19         THE WITNESS:  It's year 2002.
20    BY MR. BENTLEY:
21         Q    I'm going to back up a little bit in time.
22    When did Samsung start making cylinder-form factor
23    batteries?
24         A    It's year 2002.
25         Q    When Samsung started making 18650 lithium-ion
```

```
 1              A    It is Yeungnam University.

 2              Q    What are the advantages of lithium-ion

 3       batteries over other rechargeable-type batteries?

 4              A    I do not know that well about other

 5       rechargeable batteries.

 6              Q    What are the advantages of lithium-ion

 7       batteries over, let's say, rechargeable lead-acid type

 8       batteries?

 9              A    Compared to other batteries, it's light, and

10       it can be used for a long time.

11              Q    All right.  Does lithium-ion battery have the

12       highest density by weight compared to other batteries?

13              MR. AMIN:  Objection.  It's overbroad.  Vague and

14       ambiguous.

15              You may answer, Mr. Shin.

16              THE WITNESS:  Yes.  That's right.

17       BY MR. BENTLEY:

18              Q    Is the lithium-ion battery also the highest in

19       energy density by volume over other batteries?

20              A    I don't know if the energy density is the

21       highest, very well.

22              Q    Are Samsung 18650 batteries safe for use in

23       E-cigarette products?

24              A    SDI prohibits the use of lithium-ion battery

25       for E-cigarettes.
```

29

1    BY MR. BENTLEY:

2         Q    Do you know what the word "safe" means?

3         A    Yes, I know.

4         Q    Okay.  Is it safe to use Samsung lithium-ion

5    18650 batteries in an electronic cigarette device?

6              Yes or no?

7         MR. AMIN:  Objection.  It's asked and answered.

8         THE WITNESS:  It is -- it is not supposed to be

9    used in E-cigarettes.  It is prohibited.

10   BY MR. BENTLEY:

11        Q    Okay.  I haven't asked you if it's supposed to

12   be used, and I have not asked you if it's prohibited.

13   I'm asking you a very specific question.

14              Is it safe to use Samsung 18650 lithium-ion

15   batteries in an electronic, E-cigarette device?

16        MR. AMIN:  Objection.  It's asked and answered --

17              Oh, I'm sorry, Ms. Kim.

18        THE WITNESS:  It is not safe.

19   BY MR. BENTLEY:

20        Q    Okay.  And, in fact, you've attested to that

21   in discovery responses before on behalf of Samsung SDI;

22   correct?

23        MR. AMIN:  Counsel, if you're going to ask him

24   about -- a questions about a document, please show it to

25   him.

34

```
 1      BY MR. BENTLEY:

 2          Q    Then why did we have to take 30, 40 minutes to

 3      get you to admit something you've already admitted,

 4      which is it's unsafe to use Samsung lithium-ion

 5      batteries in an electronic cigarette device?

 6               Why did you fight me so much earlier in this

 7      deposition on that question?

 8          MR. AMIN:  Objection.  It's argumentative.

 9      Badgering the witness.  Warning that counsel -- if he

10      threatens my client one more time, then I'm going to

11      terminate this deposition and seek a protective order.

12          THE WITNESS:  The part that I'm talking is telling

13      the truth.

14      BY MR. BENTLEY:

15          Q    Okay.  And the truth is you know it's unsafe

16      to use the lithium-ion batteries in electronic cigarette

17      product; correct?

18          A    Yes, that's correct.

19          Q    Okay.  And then why is it unsafe for the

20      consumer to use a Samsung lithium-ion battery in an

21      electronic cigarette device?  What could happen?

22          MR. AMIN:  Objection.  It's compound.

23               You may answer one of those questions,

24      Mr. Shin.

25          THE WITNESS:  We are making battery cells, and we
```

```
 1      listen to my question.  It's super important.
 2              When was the first communication that Samsung
 3      SDI received that involved allegations of an 18650
 4      lithium-ion battery failing in connection with use in
 5      E-cigarettes?
 6          A    In 2016 January -- heard it through SDI --
 7      heard it through SDI A.
 8          Q    Okay.  I'm asking Samsung SDI -- well, strike
 9      that.
10              Who -- tell me, is there a different company
11      called Samsung SDI and also Samsung SDI A?
12          THE INTERPRETER:  I couldn't hear the
13      pronunciation, so I clarified.
14          THE WITNESS:  So SDI is the company in Korea, and
15      SDI A is a corporation in the United States.
16      BY MR. BENTLEY:
17          Q    And the only question I'm asking you right now
18      is:  When did Samsung SDI first receive communication
19      involving allegations of an 18650 lithium-ion battery
20      failing in connection with use in E-cigarettes?
21          MR. AMIN:  Objection.  It's asked and answered.
22              But go ahead, Mr. Shin.
23          THE WITNESS:  I understand it to be around January
24      of 2016.
25      ///
```

```
 1              Do you understand that?
 2         A    Yes, I understand.
 3         Q    All right.  And is one of the dangers of using
 4    a lithium -- or strike that.
 5              Is one of the dangers of using a Samsung
 6    lithium-ion battery in an E-cigarette device is that
 7    there is a risk of it igniting?  Is that one of the
 8    dangers?
 9         A    Yes.  That's true.
10         Q    Is it also a danger that using a Samsung
11    lithium-ion battery in an E-cigarette device is that it
12    could explode?
13         A    This is not the issue of the Samsung
14    lithium-ion battery.  The technologies are -- same like
15    that.  So all the company -- other company cells have
16    the same issue.  So the lithium-ion battery technology
17    mandates the use of protection circuits.  They must use
18    protection circuits.
19         Q    Okay.  Listen.  Right now, I want to stop you
20    because you're not answering my question.  Okay?
21              I'm going through a list of potential dangers.
22    We talked about the risk of igniting --
23         THE INTERPRETER:  Could you say it one sentence at
24    a time, sir?
25         MR. BENTLEY:  Okay.
```

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

```
 1        BY MR. BENTLEY:
 2             Q    We're going over a list of potential dangers
 3        of using a Samsung lithium-ion battery in an E-cigarette
 4        product.  We have one so far -- we have one so far.  It
 5        could -- risk of igniting; correct?
 6             A    Yes.  All lithium-ion cells are the same.
 7             Q    All right.  Is it also a risk that it could
 8        explode --
 9                  (Indiscernible.)
10             THE REPORTER:  I'm sorry, Counsel.  Could you
11        repeat the last part of your question?  "Is it also a
12        risk that it could explode" --
13             MR. BENTLEY:  Yeah.  All lithium-ion batteries.
14             MR. AMIN:  Yeah.  Counsel, it's 12:00 o'clock for
15        my -- oh, I'm sorry.  Sorry, Ms. Kim.
16             THE WITNESS:  If the appropriate protection circuit
17        is not used, all lithium-ion batteries of all companies
18        have a risk of explosion.
19        BY MR. BENTLEY:
20             Q    All right.  Let's continue down.
21             MR. AMIN:  Counsel, it's past 12:00 o'clock for my
22        client.  I'm not sure if he needs a lunch break.
23             MR. BENTLEY:  Well, I'm going to finish this line
24        of questioning, and then we figure it out.  Okay?
25                  Your client can probably hang in there, since
```

60

1    it's 8:00 o'clock for us and it's 11:00 o'clock for

2    Jay.  So I don't feel sorry for the client.  Okay?

3           So let's just --

4        MR. AMIN:  Wait.  I'm just saying it's noon.

5        MR. BENTLEY:  Right.  I'm not ready to stop, so I'm

6    going to finish the line of questioning.

7    BY MR. BENTLEY:

8        Q    Is it also a danger of using a lithium-ion

9    battery in an E-cigarette product, that it could catch

10   on fire?

11           Yes or no?

12       A    In the lithium-ion battery technology, when

13   the positive and negative shorts, it could catch fire.

14       Q    Is it also a potential danger of using an

15   E- -- strike that.

16           Is it also a potential danger of using a

17   lithium-ion battery in an E-cigarette device, that

18   thermal runaway could occur?

19       THE INTERPRETER:  Could I have the question back,

20   please?

21       MR. BENTLEY:  I'll have the reporter ask it -- or

22   read it again, please.

23       THE REPORTER:  Yes.  One moment.

24           (The previous question was read back by the

25           court reporter as follows:

```
 1              "QUESTION:  Is it also a potential

 2         danger of using an E- -- strike that.

 3                         Is it also a potential

 4         danger of using a lithium-ion battery in an

 5         E-cigarette device, that thermal runaway could

 6         occur?")

 7         THE WITNESS:  That does not apply only to

 8    E-cigarettes, but it also applies to notebooks and all

 9    electronic devices when using the lithium-ion batteries.

10    BY MR. BENTLEY:

11         Q    But it also applies -- I don't care about an

12    iPad or a computer.  I'm only asking about E-cigarette

13    devices.

14              So isn't it true that one of the dangers of

15    using a lithium-ion 18650 battery in an E-cigarette

16    device is that thermal runaway could occur?  Correct?

17         A    Yes.  That is why SDI is prohibiting the use

18    of battery in E-cigarettes.

19         Q    Okay.

20         MR. AMIN:  Mr. Shin, if you need a lunch break,

21    please free to ask Mr. Bentley at any time.

22         MR. BENTLEY:  No.  I'm -- I'm not -- we're going to

23    finish this line of questioning.  We're not going to

24    take a break.  We're going to -- we'll go till

25    9:00 p.m., my time.  He can eat lunch at 1:00.  I think
```

```
 1    vape?

 2           A     Yes.  There is.

 3           Q     When was it that you first kind of noticed

 4    people vaping?  About what year was that?

 5           A     I think it's about two or three years ago.

 6           Q     Was it before or after January of 2016?

 7           A     It is after.

 8           Q     In January of 2016, did Samsung conduct any

 9    searches online to determine if their lithium-ion

10    batteries were being sold at E-cigarette stores?

11           MR. AMIN:  Objection.  Calls for speculation.

12               You may answer.

13           THE WITNESS:  In 2016 January, such kind of search

14    was never conducted.

15    BY MR. BENTLEY:

16           Q     Did you personally become aware of the

17    allegations in January of 2016?  Did you know about it

18    as well, yourself?

19           A     I found out -- I found out about it later.  I

20    did not know about it at that time.  I learned about it

21    later.

22           Q     When did you personally learn about the

23    allegations that Samsung lithium-ion batteries were

24    being used in E-cigarette products?

25           A     It is year 2017.
```

```
 1        BY MR. BENTLEY:
 2             Q     Okay.  And before June -- or strike that.
 3                   At some point did Samsung take steps to try to
 4        prevent stores from selling their lithium-ion batteries
 5        for E-cigarette use?
 6             A     The first action was in June of 2017.  A
 7        warning statement was put on the shipping box.  In 2017
 8        July -- in 2017 July, the warning statement was posted
 9        in our homepage.
10             THE INTERPRETER:  I'm going to ask him to repeat.
11             THE WITNESS:  In 2018, in order to notify and let
12        our customers know this content, we inserted the warning
13        statement in the product specifications.
14             MR. BENTLEY:  All right.  Why don't we do this.
15        It's almost 9:00 o'clock.  Let's break for now, and then
16        we'll start tomorrow.
17                   Is there any way we can start sooner than
18        9:00 a.m. at your time?
19             MR. AMIN:  Counsel, we scheduled it for
20        9:00 o'clock.  He already mentioned he can only start at
21        9:00 o'clock because the office opens at 9:00.
22             MR. BENTLEY:  Why can't we do it at Samsung?
23             MR. YOON:  Here's the thing -- Jay Yoon speaking.
24        In an ordinary situation, we would have done it at our
25        company.  At Samsung Fire and Marine, we have the media
```

1                        REPORTER'S CERTIFICATION

2

3           I, Eun Jee Kwahk, Certified Shorthand Reporter in

4      and for the State of California, do hereby certify:

5

6           That the foregoing witness was by me duly sworn;

7      that the deposition was then taken before me at the time

8      and place herein set forth; that the testimony and

9      proceedings were reported stenographically by me and

10     later transcribed into typewriting under my direction;

11     that the foregoing is a true record of the testimony and

12     proceedings taken at that time.

13

14          IN WITNESS WHEREOF, I have subscribed my name on

15     this date: Wednesday, September 16, 2020.

16

17

18

19

20          _____

21                      Eun Jee Kwahk, CSR No. 14326

22

23

24

25

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              FOR THE COUNTY OF RIVERSIDE

3

4     JUSTIN COPP, an individual,    )
                                     )
5                 Plaintiff,         )
                                     )
6          vs.                       )  Case No. MCC1800993
                                     )
7     VAAPESCAPE, INC., a            )
      California corporation,        )
8     SAMSUNG SDI CO.,LTD., a        )
      Korean Corporation, SAMSUNG    )
9     SDI AMERICA, INC., a           )
      California Corporation, and    )
10    DOES 1-100 inclusive,          )
                                     )
11                Defendants.        )
      _____)

12

13

14

15

16      REMOTE VIDEOTAPED DEPOSITION OF HEUI SEOB SHIN

17          VOLUME II (PAGES 79 THROUGH 147)

18         THURSDAY, SEPTEMBER 17, 2020

19                   5:06 P.M.

20            FULLERTON, CALIFORNIA

21

22

23

24
         TAKEN REMOTELY BY EUN JEE KWAHK, CSR 14326
25                  Job No. 107897

79

1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                 FOR THE COUNTY OF RIVERSIDE

3

4     JUSTIN COPP, an individual,    )
                                     )
5                   Plaintiff,       )
                                     )
6          vs.                       )  Case No. MCC1800993
                                     )
7     VAAPESCAPE, INC., a            )
      California corporation,        )
8     SAMSUNG SDI CO.,LTD., a        )
      Korean Corporation, SAMSUNG    )
9     SDI AMERICA, INC., a           )
      California Corporation, and    )
10    DOES 1-100 inclusive,          )
                                     )
11                  Defendants.      )
      _____)

12

13

14

15

16

17

18

19            REMOTE VIDEOTAPED DEPOSITION OF HEUI SEOB SHIN,

20    VOLUME II, taken by Plaintiffs, on Thursday, September

21    17, 2020, at 5:06 p.m., before Eun Jee Kwahk, Certified

22    Shorthand Reporter Number 14326, in and for the State

23    of California.

24

25

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

1      BY MR. BENTLEY:

2          Q     What is the document you have in front of you?

3          A     Okay.  I have a declaration of Shin Heui Seob

4      related to this Case No. MCC1800993.

5          Q     Is that the declaration that we talked about

6      yesterday?

7          A     Yes.  That's right.

8          Q     All right.  And before we begin with

9      questions, I thought about this a little bit today.  I

10     would like to finish this quicker than you would, so

11     we're both motivated.  A request and, frankly, a

12     suggestion that I would like to make for you is I would

13     ask that you listen to my question and just answer my

14     question without volunteering additional information

15     that I haven't asked about because it takes a long time

16     to have that translated, and then I have to ask my

17     question again.

18          So try to be mindful about that, please.

19          A     Okay.

20          Q     And would you agree that the Samsung

21     lithium-ion 18650 batteries are flammable?

22          A     It's not only Samsung's lithium-ion batteries,

23     but all lithium-ion batteries are flammable.  If you put

24     it that way, I would agree to that.

25          Q     Well, I'm asking my questions.  I didn't ask

1    E-cigarette -- or its battery being used in E-cigarette

2    products.  And on or about May of 2017 through maybe

3    June or July, but in that range, Samsung became aware

4    that one of its batteries was actually involved in an

5    E-cigarette explosion.

6              Is that correct?

7         MR. AMIN:  Objection.  Misstates his testimony.

8              Go ahead, Mr. Shin.

9         THE WITNESS:  Can I have the interpretation heard

10   again?  Could the interpreter render it again?

11        MR. BENTLEY:  The question?

12        THE INTERPRETER:  Yes.

13        MR. BENTLEY:  Yeah.  Go ahead and have the court

14   reporter read it again --

15        THE INTERPRETER:  It's okay.  Interpreter have it

16   written down, so I will re-render it.

17        MR. BENTLEY:  Oh, great.

18        THE INTERPRETER:  Can the interpreter ask one quick

19   question to the witness?

20        MR. BENTLEY:  Sure.

21        THE WITNESS:  Okay.  In January of 2016, we first

22   came to know that such allegation came about, and also

23   June -- in June of 2017, we came to know that one of our

24   batteries got involved or there was an issue involving

25   one of our batteries, but in some other cases.

94

Shin Heui Seob Vol. I   September 17, 2020

```
 1        BY MR. BENTLEY:
 2              Q     Okay.  And so at that point in June of 2017,
 3        did Samsung take steps to protect the public?
 4              MR. AMIN:  Objection.  Vague and ambiguous.  Calls
 5        for speculation.
 6                    But you may answer, Mr. Shin.
 7              THE WITNESS:  Yes.  On those boxes that --
 8        transporting lithium batteries, we attached warning
 9        statements.
10              MR. BENTLEY:  Okay.  All right.  Let's -- let's
11        pull up and mark as next exhibit, Evan, and please
12        display it, the shipping box change.
13                    (Plaintiff's Exhibit 3 was marked for
14                    identification by the court reporter and is
15                    attached hereto.)
16              MR. BENTLEY:  Okay.  And that's now marked as
17        Exhibit 3.
18        BY MR. BENTLEY:
19              Q     Now, Mr. Shin, can we get the computer closer
20        to you because I'm going to have quite a few questions
21        today and you're going to need access to a computer,
22        probably.
23              A     Okay.
24              MR. BENTLEY:  I forget who's in the room.  Could
25        someone get the computer closer to him, please.
```

95

```
 1          MR. YOON:  Yes.  This is Jay Yoon, Samsung Fire and
 2     Marine, speaking.  Mr. Shin is actually looking at a big
 3     screen that can -- it shows the reflection of the laptop
 4     monitor, so he's able to see the -- Exhibit 3 at this
 5     point.
 6     BY MR. BENTLEY:
 7          Q    Okay.  Is that true, Mr. Shin?
 8          A    That's correct.
 9          Q    Okay.  Great.  Thank you.
10               So taking a look at Exhibit 3, have you seen
11     this document before?
12          A    Yes, I have.
13          Q    Okay.  And with respect to the shipping box
14     change document, it is Exhibit 3, and it's in -- seven
15     pages total.
16          MR. BENTLEY:  Why don't you slide through slowly,
17     Evan, just to refresh his recollection.
18     BY MR. BENTLEY:
19          Q    And what was your understanding as to why
20     Samsung made the change to the boxes?
21          A    This document is actually intended to inform
22     any changes that is intended for our customers because
23     there was an issues in the marketplace arising out of
24     E-cigarette using one of our batteries, cell batteries.
25     So this document was created to inform our customers.
```

96

0021

```
 1    placed on boxes on or about June 12, 2017, that were

 2    shipping lithium-ion batteries?

 3         A    That is correct.

 4         Q    Okay.  And where -- or strike that.

 5              Was there any other warning stickers placed on

 6    the box, other than the sticker that's shown here on

 7    page 6 of Exhibit 3?

 8         A    The way I recall, I think there was some other

 9    marks, like, that people could visually recognize.

10         Q    It's -- the only sticker that's indicated on

11    Exhibit 3 is this sticker on page 6; correct?

12         A    That's correct.  But as you can see, there's a

13    triangle shape with the -- some flame mark.  I think

14    those are also -- was -- were visible on the other side.

15         Q    Okay.  But take a look at the warning here.

16    Nowhere on this page, on page 6 of Exhibit 3 -- nowhere

17    does it indicate anything about an E-cigarette product;

18    is that correct?

19         MR. AMIN:  Misstates the document.

20              But go ahead.

21         THE INTERPRETER:  The answer was that's right.

22         THE WITNESS:  That is correct.

23    BY MR. BENTLEY:

24         Q    Okay.  Exhibit 3 and the sticker contained on

25    page 6, is this the first thing that Samsung did to warn
```

1    its customers about lithium-ion batteries after they

2    found out in June of 2017 that their cells were used in

3    an E-cigarette product?

4        MR. AMIN:  Objection.  Calls for speculation.

5            You may answer, Mr. Shin.

6        THE WITNESS:  Yes.  That's correct.

7    BY MR. BENTLEY:

8        Q    All right.  And continuing in your declaration

9    now on page 4, paragraph 11, you state, "In July of

10   2017, Samsung SDI published warnings on its website" --

11   it continues on.

12            Is that true?  Was it July of 2017 where

13   Samsung published warnings on the website?

14       A    Yes.  Correct.

15       Q    Okay.  And where was it that Samsung published

16   warnings on its website in July of 2017 regarding this

17   small-sized lithium-ion battery?

18       MR. AMIN:  Objection.  Calls for speculation.

19            You may answer, Mr. Shin.

20       THE WITNESS:  In June of 2017, we found out for the

21   first time that one of our lithium-ion battery was used

22   in E-cigarette that ended in fire -- catching-on-fire

23   incident.  Samsung SDI only sells our lithium-ion

24   battery cells to those customers that -- who have

25   specialized knowledge as to how to use them.  However --

1      a copy, quote, "of Samsung SDI's safety warnings

2      prohibiting the use of rechargeable lithium-ion

3      batteries with E-cigarette devices that was published on

4      Samsung SDI's website around the middle or end of 2017

5      and attached as Exhibit 2."

6            MR. BENTLEY:  So let's -- let's pull that up, Evan,

7      and mark it as Exhibit 4.

8                  No.  Evan, that's the wrong exhibit.  It's

9      Samsung-COP3.  It's the warning, his -- Exhibit 2 of his

10     declaration.  Oh, there you go.

11                 (Plaintiff's Exhibit 4 was marked for

12                 identification by the court reporter and is

13                 attached hereto.)

14     BY MR. BENTLEY:

15           Q     Okay.  So can you see Exhibit 4, Mr. Shin?

16           A     Yes, I do.

17           Q     All right.  And that is the document that you

18     attached to your declaration as Exhibit 2.  Take a

19     moment and just make sure you refresh yourself with the

20     document.

21           MR. AMIN:  Objection.  Misstates the declaration.

22           THE WITNESS:  Okay.

23           THE INTERPRETER:  "Could we take a short break?"

24     The witness is asking.

25           MR. BENTLEY:  Sure.  Five minutes?  How much time

Shin Heui Seob Vol. II            September 17, 2020

```
 1        do we need?

 2             THE VIDEOGRAPHER:  We're going off the record,

 3        then, at 5:57 p.m., Pacific Daylight Time.  This is the

 4        end of Media File No. 1.

 5             (Recess.)

 6             THE VIDEOGRAPHER:  We're back on the record at

 7        6:07 p.m., Pacific Daylight Time.  This is the beginning

 8        of Media File No. 2.

 9        BY MR. BENTLEY:

10             Q     Okay.  Mr. Shin, take a look at Exhibit 3,

11        your declaration -- or excuse me.  It's Exhibit 2.

12                  Do you have your declaration there?

13             A     Yes.

14             Q     All right.  Continuing on paragraph 12 -- I

15        don't know if we got an answer to the question, but is

16        this document now Exhibit 4 --

17             MR. BENTLEY:  Pull that up, please.

18        BY MR. BENTLEY:

19             Q     Is this a copy of the Samsung SDI safety

20        warning that was published on Samsung SDI's website

21        around the middle or end of 2017?

22             A     I do not know for sure, but as far as my

23        recollection goes, I think that is the case.

24             Q     Okay.  Were you involved in preparing

25        Exhibit 4?
```

```
 1        A    No, I was not.

 2        Q    Okay.  And do you know who actually prepared

 3   Exhibit 4?

 4        A    I do not know exactly who that might be, but

 5   as far as I know, that -- it was done by SDI's CS team,

 6   as well as SDI's legal team.

 7        Q    Now, you say in your declaration -- these are

 8   your words.  Paragraph 12 is your words; correct?

 9        A    That's correct.

10        Q    And you stated under penalty of perjury that

11   the safety warnings were published on Samsung's website

12   around the middle or end of 2017.

13             Is that a true statement?

14        A    Yes.

15        Q    Okay.  And who is it that told you -- or

16   strike that.

17             How did you determine that this warning was

18   placed on Samsung's website around the middle or end of

19   2017?

20        MR. AMIN:  I'm going to instruct, Mr. Shin, that if

21   he learned it from either SDI's in-house counsel or from

22   other attorneys, then not to reveal those

23   communications.  But if he learned it from other

24   independent means, then please, you know, feel free to

25   provide an answer to the question.
```

106

1       THE WITNESS:  Following my attorney's advice, then,

2   I should -- I would not want to answer to this question.

3           MR. BENTLEY:  Well, how he found out a date, Zahed,

4       is not a privileged communication.  And it's a

5       declaration, so we're -- we're trying to get support for

6       a declaration he signed under penalty of perjury.  If he

7       found out from counsel, he can say that, and then maybe

8       I can or can not ask follow-up.  But to -- to not answer

9       the question is not an appropriate response or

10      objection.

11          MR. AMIN:  Is the interpreter going to interpret

12      first or?

13          THE INTERPRETER:  Could I, please?

14          MR. AMIN:  Yeah.  Go ahead.

15              If you were to answer that question as yes,

16      then that would reveal the substance of his

17      communications with counsel, and that would violate the

18      attorney-client privilege.  So that's why I instructed

19      him that if he learned it through other means, then he

20      can testify as to that.  But if he -- his sole basis for

21      that statement, his declaration, is through

22      communications with counsel, then that was only what my

23      instruction applied to.

24          MR. BENTLEY:  But I don't --

25          THE INTERPRETER:  Go ahead, please.  Mr. Bentley, I

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

Simran Hedi  Jeob  vol.  I  i        September  17,  2020

1        BY MR. BENTLEY:

2            Q      Did you find out that in July of 2017, Samsung

3        SDI published warnings on its website from any source

4        other than a lawyer?

5            A      No.

6            Q      Did you ever attempt to confirm with somebody

7        in the CS team that it was in July of 2017 that Samsung

8        SDI published warnings on its website?

9            A      No.

10           Q      Okay.  And the document that's Exhibit 4 --

11       did you find out from any source, other than a lawyer,

12       that Samsung published that document on its website

13       around the middle or end of 2017?

14           A      I did not confirm with anybody else.

15           Q      Okay.  Did you speak with anybody in the CS

16       team to confirm whether or not it was in the middle or

17       end of 2017 that Samsung posted the warning as attached

18       as Exhibit 4 to our deposition?

19           A      No, I did not.

20           Q      Okay.  All right.  So let's focus on

21       Exhibit 4, and the copy we have -- and I apologize.  We

22       got this from Samsung, but I believe it's just a

23       black-and-white copy.  Focusing under the "Important

24       Safety Warning Section," that box.

25               Can you take a look for me there?

```
 1        privileged.

 2              MR. AMIN:  Well, if it's giving legal advice --

 3                    I'm sorry.  I'm sorry.

 4              THE INTERPRETER:  Okay.

 5              MR. AMIN:  Yeah.  I was just instructing Mr. Shin

 6        that if the why is based on advice he received from

 7        in-house or outside counsel, to not reveal those, the

 8        substances -- the substance of those communications on

 9        the grounds of attorney-client privilege.  But he can

10        answer that question to the extent it's not -- it's

11        based on non-attorney communications or his own

12        knowledge.

13              So, like, I'm just giving him that

14        instruction.  That's it.

15              THE WITNESS:  The reason I cannot give you an

16        answer is because I was not directly involved in

17        creating this warning statement.

18              MR. BENTLEY:  Okay.  All right.  I need to take a

19        short break.  Why don't we come back in ten minutes.

20              Okay?

21              THE VIDEOGRAPHER:  We're going off the record at

22        6:28 p.m., Pacific Daylight Time.  This is the end of

23        Media File No. 2.

24              (Recess.)

25              THE INTERPRETER:  Okay.  We're back on the record
```

 1          MR. BENTLEY:  Yeah.  On any of these website

 2     questions, you can have it the whole time.

 3          MR. AMIN:  Thank you.

 4          MR. BENTLEY:  You bet.

 5     BY MR. BENTLEY:

 6          Q     Okay.  So, Mr. Shin, can you see this is now

 7     dated August 10, 2017, a few days later.

 8               Do you see that date there on Exhibit 6?

 9          A     Yes, I see it.

10          Q     Okay.  And are you at least aware enough to

11     know that the website for Samsung is

12     www.samsung.sdi.com?

13          A     Yes.  That, I know of.

14          Q     And you're aware that on the website, it has a

15     /lithiumionbattery/index page; correct?

16          A     Yes.  I could see that.

17          Q     Okay.  So we'll see if this works.  I'm going

18     to push -- I'm going to click on where it says "EN."

19     Okay.  And then now, I'm going to go to "Business and

20     Important Safety Information."

21               Do you see that?

22          A     No, I don't see that.

23          Q     Okay.  Can you see -- can you see this page?

24     Can you see my cursor over "Business"?

25          A     What I can see is that your cursor is kind of

```
 1              Can you hear me?  Thank you.  Okay.  Can you
 2      guys see where I'm at now?  Can you see the page?
 3          THE WITNESS:  Yes.
 4      BY MR. BENTLEY:
 5          Q    Okay.  So first off, as I slide down, does
 6      this look familiar to you?  Is this the look that you're
 7      familiar with in regards to Samsung's website?
 8          A    Yes.
 9          Q    Okay.  And there's two ways to look for
10      warnings.  You can go small-sized lithium-ion battery,
11      so I'll click that on.  Okay.  Can you guys see this one
12      now?
13              Is that yes?
14          A    I see that your cursor was on the wording
15      "Business."
16          Q    Okay.  All right.  And then we click on
17      "Important Safety Information."
18              Can you see that page?
19          A    Yes, I see it.
20          Q    Okay.  So as of August 4, 2017, there's
21      different links -- and I don't need to bore you with all
22      of them because we spent time with them, but it gives
23      information that's warning about different aspects of
24      "charging, use, disposal, storage, handling," but
25      nothing mentioned about, "Warning.  Do not use them for
```

120

1    E-cigarettes."

2              Are you aware of that?

3        MR. AMIN:  Objection.  Misstates the document.

4              Go ahead, Mr. Shin.

5        THE WITNESS:  I was not aware.

6        MR. BENTLEY:  All right.  Let's -- I'm going to --

7    how do I do -- stop share?  Okay.

8    BY MR. BENTLEY:

9         Q    Let me show you another document here.  Okay.

10   And this is a document dated October 23, 2018.

11             MR. BENTLEY:  And, Evan, why don't you mark that in

12   AgileLaw for the next exhibit, No. 7.

13                  (Plaintiff's Exhibit 7 was marked for

14                  identification by the court reporter and is

15                  attached hereto.)

16   BY MR. BENTLEY:

17        Q    Have you seen this page before, Mr. Shin?

18        A    I think I might have.

19        Q    All right.  And as of October 23, 2018, it's

20   still the same setup with "charging, use, handling,

21   storage, and disposal."

22             Do you see that?

23        A    I see it.

24        Q    And there's no warning -- like the document

25   that is marked as Exhibit 4 for the deposition, there's

121

 1    no warning still on the website as you said was placed

 2    on the website in either the middle or latter part of

 3    2017.

 4              Are you aware of that?

 5         MR. AMIN:  Counsel, he hasn't seen the whole

 6    document here.

 7         THE WITNESS:  No.

 8    BY MR. BENTLEY:

 9         Q    Isn't it true, sir, that your declaration,

10    paragraph 12, falsely states that around the middle or

11    end of 2017, Samsung SDI's safety warnings prohibiting

12    the use of rechargeable lithium-ion batteries with

13    E-cigarette devices was published on that date -- is a

14    false statement?

15         MR. AMIN:  Objection.  Asked and answered.

16    Argumentative.  Badgering the witness.  It's also based

17    on a document that's not been authenticated.  That's

18    inadmissible under the best evidence rule.  It's also

19    inadmissible hearsay.

20              But you may answer, Mr. Shin.

21         MR. BENTLEY:  That's great cross-examination,

22    Counsel.

23         THE WITNESS:  Well, if you're -- if the document

24    that you're presenting now is indeed correct, then that

25    might be the case.  But if I just state based on my

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

1    recollection, it appears to be there's some

2    discrepancies.

3    BY MR. BENTLEY:

4         Q    But you stated under penalty of perjury that

5    that's when it occurred, and that's just simply not true

6    if this document is correct; correct?

7         MR. AMIN:  Objection -- go ahead.

8              I'm sorry.  I'm sorry, Ms. Interpreter.

9         THE INTERPRETER:  No.  That's okay.  Go ahead.  Go

10   ahead.

11        MR. AMIN:  Objection.  This is asked and answered.

12   It's also based on a document that's inadmissible for a

13   lack of authentication, best evidence rule, and hearsay.

14   And Mr. Shin hasn't seen the entire document.

15             But you may answer.

16        THE WITNESS:  When I signed the declaration, I was

17   aware that if I falsely stated anything, that I was

18   going to be the subject of penalty of perjury.

19        THE VIDEOGRAPHER:  Mr. Bentley, you're muted.

20        MR. BENTLEY:  Sorry.  Let me pull up another

21   document.

22   BY MR. BENTLEY:

23        Q    Okay.  And this is a November 9, 2018, copy of

24   the Samsung SDI website.

25        MR. AMIN:  Hold on, Counsel.  That's -- misstates

Shin Heui Jeob Vol. I   September 17, 2020

1    the document.

2            MR. BENTLEY:  Let's mark it as Exhibit 8.  We've

3    done your job for you, Zahed.  We found out when it was

4    posted.

5            MR. AMIN:  This is not the website, Counsel.

6    You're misstating the document.  You have a duty of

7    candor that you should uphold.

8            MR. BENTLEY:  You have a duty to not give your

9    client bad advice for a declaration.

10            Let's pull -- let's mark this now, Evan.  Is

11    this marked?

12    BY MR. BENTLEY:

13        Q    Okay.  Can you see Exhibit 8 now, what I'm

14    using -- with my cursor here, Mr. Shin?

15            (Plaintiff's Exhibit 8 was marked for

16             identification by the court reporter and is

17             attached hereto.)

18            THE WITNESS:  Yes, I do see it.

19            THE REPORTER:  Counsel, you're muted.

20            MR. AMIN:  Who's muted?

21            THE REPORTER:  Mr. Bentley.

22            MR. BENTLEY:  All right.  Sorry.

23    BY MR. BENTLEY:

24        Q    So this is a November 9, 2018 archive.org web

25    image of the Samsung SDI website.

1        Do you see that?

2        MR. AMIN:  Objection.  Lack of authentication.

3    Best evidence rule.  Hearsay.

4        You may answer.

5        THE WITNESS:  I see the screen.

6    BY MR. BENTLEY:

7        Q    Okay.  And first off, Exhibit 7, the

8    October 23, 2018, date that we looked at, that is after

9    Mr. Copp's April 14, 2018, explosion; correct?

10       A    Well, I do not recall exactly when Mr. Copp's

11   incident was, but if I base on your representation that

12   is the -- that is the date, then I guess I would say

13   yes.

14       Q    Okay.  And then let me see if I can do this.

15   I might need help.  I click on to "EN" of Exhibit 8.

16   Okay.

17       MR. BENTLEY:  So once it comes up I can re-share?

18   Evan, can you see the new one yet?  Or do I need to...

19       MR. GRANT:  I can't see it yet.

20       MR. BENTLEY:  Okay.  If I go to new share right

21   here.  Okay.  All right.

22       MR. GRANT:  I can see it.

23       MR. BENTLEY:  Okay.

24   BY MR. BENTLEY:

25       Q    Can you see it, Mr. Shin?

125

1          A     Yes, I do.

2          Q     Does this look like the Samsung SDI website

3     that you're familiar with?

4          MR. AMIN:  Objection -- sorry.

5              Objection.  Lack of authentication.  Best

6     evidence rule.  Hearsay.

7          THE WITNESS:  I think I've seen it.

8     BY MR. BENTLEY:

9          Q     And when I go through "Business," "Safety

10    Information," I'll click that on, and then it allows me

11    to go to "E-cigarette," and then here we go.

12              You recognize that document?

13         A     Yes.  I do remember this.

14         Q     Okay.  And we just talked about that.  That's

15    Exhibit 4.  That's the warning that you referenced in

16    your declaration; correct?

17         MR. AMIN:  Counsel, can you allow him to compare

18    the two documents, please?

19         MR. GRANT:  Sir, do you see the AgileLaw as well as

20    Mr. Bentley's screen, or you just see one?

21         MR. AMIN:  Only one because it's a share screen.

22         MR. BENTLEY:  No.  We're asking Mr. Shin.

23         MR. AMIN:  Oh.

24         THE WITNESS:  I only see one screen.

25    ///

126

1   BY MR. BENTLEY:

2        Q    I'll ask you one last time, Mr. Shin, and then

3   we'll move on.

4             Your declaration, paragraph 12, falsely states

5   that Samsung SDI posted warnings in the middle or end of

6   2017; correct?  That's a false statement?

7        MR. AMIN:  Objection.  That's asked and answered.

8   It's argumentative, and badgering the witness.

9             Go ahead, Mr. Shin.

10       THE WITNESS:  No.  Based on my recollection, my

11  recollection is that we updated at around that time, the

12  website.

13  BY MR. BENTLEY:

14       Q    So you stand by your declaration?

15       A    When you say "stand by," what particular

16  statement are you referring to?

17       Q    You still claim that paragraph 12 of your

18  declaration is truthful in all aspects?

19       THE INTERPRETER:  Okay.  Mr. Amin?

20       MR. AMIN:  I'm sorry.  Objection.  Asked and

21  answered.  Thank you.

22            You may answer, Mr. Shin.

23       THE WITNESS:  Yes.  Based on my recollection.

24  BY MR. BENTLEY:

25       Q    All right.  And we've talked about posting a

127

```
 1                    REPORTER'S CERTIFICATION

 2

 3          I, Eun Jee Kwahk, Certified Shorthand Reporter in

 4    and for the State of California, do hereby certify:

 5

 6          That the foregoing witness was by me duly sworn;

 7    that the deposition was then taken before me at the time

 8    and place herein set forth; that the testimony and

 9    proceedings were reported stenographically by me and

10    later transcribed into typewriting under my direction;

11    that the foregoing is a true record of the testimony and

12    proceedings taken at that time.

13

14          IN WITNESS WHEREOF, I have subscribed my name on

15    this date:  Thursday, September 17, 2020.

16

17

18

19

20          _____

21                      Eun Jee Kwahk, CSR No. 14326

22

23

24

25
```

147

1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                 FOR THE COUNTY OF RIVERSIDE

3

4    Justin Copp, an individual,      )
                                       )
5                    Plaintiff,        )
                                       )
6      VS.                             ) Case No. MCC1800993
                                       )
7    Vaapescape, Inc., a              )
     California Corporation,           )
8    Samsung SDI Co., Ltd., a         )
     Korean Corporation, Samsung       )
9    SDI America, Inc., a             )
     California Corporation, and       )
10   Does 1-100, inclusive,           )
                                       )
11                   Defendants.       )
     _____)

12

13

14

15     REMOTE VIDEOTAPED DEPOSITION OF SHIN HEUI SEOB

16                    Volume III

17        (Pages 148 - 210 and 214 - 221)

18      TUESDAY, OCTOBER 6, 2020; 5:00 P.M.

19

20

21

22

23

24
       Reported by: Sabrina Guzman, CSR No. 14059
25               Job No. 108024

0040

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2      FOR THE COUNTY OF RIVERSIDE

3

4 Justin Copp, an individual,  )
              )
5      Plaintiff,  )
              )
6  VS.         ) Case No. MCC1800993
              )
7 Vaapescape, Inc., a    )
 California Corporation,   )
8 Samsung SDI Co., Ltd., a  )
 Korean Corporation, Samsung )
9 SDI America, Inc., a   )
 California Corporation, and )
10 Does 1-100, inclusive,  )
              )
11      Defendants. ) VOLUME III
 _____)

12

13

14

15

16

17

18

19

20

21  REMOTE VIDEOTAPED DEPOSITION OF SHIN HEUI SEOB, a

22  witness herein taken remotely on Tuesday,

23  October 6, 2020, at 5:00 p.m., before Sabrina

24  Guzman, Certified Shorthand Reporter, in and for the

25  State of California.

149

```
 1    APPEARANCES:

 2

 3    For the Plaintiff:

 4            BENTLEY & MORE, LLP
              BY:  GREGORY L. BENTLEY, ESQ.
 5            BY:  JAIMI GROOTHUIS, ESQ.
              BY:  FARNAZ SALESSI, ESQ.
 6            4931 Birch Street
              Newport Beach, California 92660
 7            (949) 870-3800
              Gbentley@bentleymore.com
 8

 9    For the Defendant/Cross-Defendant/Cross-Complainant
      Samsung SDI America, Inc., and Samsung SDI Co.,
10    Ltd.:

11            LEWIS BRISBOIS BISGAARD & SMITH, LLP
              BY:  ZAHED AMIN, ESQ.
12            BY:  JAMES DOYLE, ESQ.
              701 B Street, Suite 1900
13            San Diego, California 92101
              (619) 233-1006
14            Zahed.amin@lewisbrisbois.com

15

16

17    Also present:

18            Kevin Chang, Videographer

19            Sue Mi Jones, Korean Interpreter,
                        Certification No. 300701
20
              Jay Yoon, Samsung Fire & Marine Insurance
21            Co. Ltd.

22            Jongyoun Kim, Samsung SDI Co., Ltd

23

24

25
```

150

Shin Heui Seob, Volume III   October 9, 2020

```
 1                        INDEX

 2

 3   WITNESS:  Shin Heui Seob, Volume III

 4

 5   EXAMINATION                              PAGE

 6   By Mr. Bentley                            156

 7

 8

 9       (Pages 211 through 213 contain confidential

10       information and are bound separately.)

11

12

13                  INFORMATION REQUESTED

14                     PAGE        LINE

15                        (NONE)

16

17                  DOCUMENTS REQUESTED

18                     PAGE        LINE

19                        (NONE)

20

21           WITNESS INSTRUCTED NOT TO ANSWER

22                     PAGE        LINE

23                        (NONE)

24

25
```

151

```
 1              MR. AMIN:  Zahed Amin.

 2              THE REPORTER:  Thank you.

 3    BY MR. BENTLEY:

 4         Q   Okay.  I want to pick up with you.  Do you

 5    have your declaration that we talked about last

 6    time?

 7         A   Yes, I do remember.

 8         Q   Okay.  Do you have it with you?

 9         A   Yes.  The declaration that I submitted,

10    yes, I have it in front of me.

11         Q   So let's -- I want to go through your

12    declaration that was submitted in support of the

13    Motion for Summary Judgment, and I think this is

14    where we left off.  I want to talk about the CET

15    process, and it starts to be referenced on

16    paragraph 7, page 3.

17              When was the CET program first established?

18              MR. AMIN:  Objection.  Asked and answered,

19    but he may answer it again.

20              THE WITNESS:  We had a program similar to

21    CET program in the past before we actually engaged

22    in business with any new customers.  That's what we

23    applied.  So we had it in the past.

24    BY MR. BENTLEY:

25         Q   Okay.  I -- I didn't ask you what you did
```

159

1    in the past.  I'm asking about the Customer

2    Environment Test process that is referenced in

3    paragraph 7 of your declaration.  When did that

4    start?

5              THE INTERPRETER:  Could the interpreter

6    clarify one thing, please?

7              THE WITNESS:  All right.  I do not recall

8    the exact time frame, but I tend to believe that it

9    was toward the end of 2000 or thereabouts.

10             THE INTERPRETER:  Or second half of 2000s.

11   Correction by the interpreter.

12   BY MR. BENTLEY:

13       Q   Why did Samsung SDI start the CET program?

14       A   There are different instructions for

15   anybody to use lithium ion batteries so that our

16   customers can use the batteries safely and

17   efficiently.  We wanted to inform the customers what

18   would be a good way to use the batteries and -- when

19   the customers design a battery pack using our cells.

20            So it was a design to make sure that

21   customer's design is such that it would be safe with

22   our cells in place.  We, Samsung SDI, only sell for

23   the lithium batteries.  And our customers, for them

24   to use the cell, they would have to attach different

25   circuits.  So the customer could use different

160

1    circuits and install our cells so that the battery

2    can be used safely.

3          So the CET came during that process of

4    conducting Q and As with our customers as an effort

5    to make sure that the design is done for the safe

6    use of our cells by our customers.

7      Q   All right.   And in the CET program, is

8    there a form that is provided to customers that they

9    have to fill out?

10      A   Yes.   Initially, we didn't have any

11   particular forms in place, but later on -- strike

12   that.

13          We just conducted by asking questions, but

14   later on, we came up with a form and made it into an

15   official form that would be forwarded to the

16   customers and ask customers to fill out the blank,

17   and then once it's returned to us, our technicians

18   reviewed the answers.

19      Q   When did Samsung SDI start using the

20   official form for the CET program?

21      A   I do not recall exact time frame, but I

22   think it was the second half of 2000s or sometime in

23   maybe 2010.

24      Q   Okay.   It's your understanding that, at

25   least by 2010, there was a form used by Samsung SDI

1      Q    And does Samsung require all customers who

2   purchase their 18650 lithium ion batteries to fill

3   out the CET check sheet?

4           MR. AMIN:  Objection.  Vague and ambiguous

5   as to "Samsung."

6           But you may answer.

7           THE INTERPRETER:  Interpreter did not hear

8   one word from Mr. Shin clearly.

9           THE WITNESS:  We asked the form to be

10  submitted when there is a new customer who would be

11  using our lithium ion batteries, or even for the

12  existing customer, if there is a new application of

13  the battery to be adapted by the existing customers,

14  then we do require the form to be filled out.

15  BY MR. BENTLEY:

16     Q    Okay.  And currently, how many types of

17  18650 rechargeable lithium ion batteries does

18  Samsung SDI manufacture?

19     A    I do not remember or recall exactly how

20  many different kinds there might be, but there are

21  quite a few different types.

22     Q    What is your best estimate?

23     A    Quite a few.  I would say maybe 40 to 50

24  different kinds.

25     Q    Okay.  Take a look at your declaration on

1    page 2 toward paragraph 3.

2        A    I'm there.

3        Q    All right.  Do you see where it says,

4    "Samsung SDI manufactures 48 small cylindrical

5    rechargeable lithium ion batteries"?

6        A    Yes.

7        Q    Is that a true statement?

8        A    I would have to confirm if this number is

9    still the same because we keep developing new

10   devices.  So if the number is still correct or not

11   at this juncture, I would have to double-check.

12       Q    When you signed the declaration on

13   February 26, 2020, did you confirm that 48 was the

14   accurate number at that time?

15       A    If the data that came from our Samsung SDI

16   business division is correct, then I tend to believe

17   it has been verified.

18       Q    Okay.  Did you speak with anybody to

19   confirm that data?

20       A    I did not personally.

21       Q    Okay.  Now, when it says here in

22   paragraph 3, "Samsung SDI manufactures 48 small

23   cylindrical rechargeable lithium ion batteries,"

24   does that -- does that also mean they manufacture 48

25   18650 rechargeable lithium ion batteries?

164

1      A   I did not personally ascertain or prepare

2   this document, however, if the data that came from

3   our business division is correct, then I tend to

4   believe that it is accurate information.

5      Q   Here is what I'm asking:   When I see on

6   paragraph 3 it defines them as 48 small cylindrical

7   rechargeable batteries, that means 18650; correct?

8      A   The small rechargeable lithium battery

9   includes not only 18650, but also 21700 as well.

10  That's why the number 48 -- what it exactly

11  represents, I am not aware.

12     Q   Okay.  So you don't know -- well, strike

13  that.

14         Let me ask you this:  The small cylindrical

15  rechargeable lithium ion batteries include 18650 and

16  21700; is that correct?

17     A   It is correct.

18     Q   Are there any other sizes besides those two

19  that Samsung manufactures that are considered small

20  cylindrical rechargeable lithium ion batteries?

21     A   Those two are the only ones in mass

22  production.

23     Q   Okay.  And then it says here in

24  paragraph 3, "Additionally, there are 43 sub-model

25  variations of these small cylindrical rechargeable

1  lithium ion batteries."

2       What does that mean, the 43 sub-model?

3     A   Okay.  If there is a model classification

4  under No. 18650 and 29 is the sub-number, then there

5  could be a possibility of another subclassification

6  of E1, E2, E3 and so on.

7     Q   Did you speak with anybody at Samsung SDI

8  to confirm if, in fact, there are 43 sub-model

9  variations as of February 26, 2020?

10     A   No.

11     Q   The paragraph 4, "With respect to the

12  18650, Samsung SDI is a business-to-business

13  company.  This means that Samsung SDI only sells

14  18650 RLIB in bulk in packaged boxes each with 200

15  batteries to sophisticated and qualified companies."

16       Did you speak with anybody at Samsung SDI

17  to determine that?

18     A   I did not speak to anybody particularly,

19  but I am aware that 200 goes into packaging, so that

20  is a correct statement.

21     Q   Okay.  Well, did you confirm with anybody

22  at Samsung -- well, strike that.

23       Did you speak with anybody at Samsung SDI

24  who told you that Samsung SDI only sells 18650 RLIB

25  in bulk?

1    A   Having -- strike that.

2        Not having had any experience working

3    together with Samsung America, I actually do not

4    know how it is.

5    Q   Okay.  Do you know how many companies

6    purchased 18650-29E RLIB batteries in 2015?

7    A   I do not.

8    Q   Okay.  Let's go to paragraph 14 of your

9    declaration.  It's on page 4.

10       Did you speak with Mr. Sudler at all about

11   his review of any films regarding the subject

12   battery?

13   A   I have not spoken to that person.

14   Q   And I may have asked you this and I forget:

15   Did you review yourself the CT scans of the two

16   subject batteries?

17   A   I saw the data that the gentleman provided.

18   Q   Mr. Sudler?

19   A   I received that via e-mail, so I actually

20   do not exactly know if that was Mr. Sudler or

21   someone else.

22   Q   Okay.  It says here, at the bottom of

23   page 4, "Based on the pictures taken by Mr. Sudler

24   and the CT scans performed by Hadland Technologies,

25   Samsung SDI determined that the two batteries

1    involved in the April 14, 2018, incident are Samsung

2    SDI's 18650-29E rechargeable lithium ion batteries."

3            Is that a true statement?

4        A    Yes, correct.

5        Q    All right.   And Samsung SDI manufactured

6    the battery then that was involved in this incident;

7    correct?

8        A    Yes.

9        Q    Did Samsung SDI identify when the subject

10   battery was manufactured?

11           MR. AMIN:   Objection.   Calls for

12   speculation.

13           You may answer.

14           THE WITNESS:   There is this material called

15   PE that wraps around the lithium battery.   And when

16   this incident happened, I guess the tubing that

17   wrapped the lithium battery was damaged so we could

18   not determine when that particular battery was

19   manufactured.

20   BY MR. BENTLEY:

21       Q    How about -- there were two batteries that

22   were inspected; correct?

23       A    Yes, correct.

24       Q    Did Samsung SDI identify when the other

25   battery was manufactured?

175

1      Q    If you wanted to identify when it was

2   manufactured, could you by referencing the outside

3   model number?

4      A    In a way, I guess, you can.  But the cell

5   next to that one exploded and got inflamed, so I

6   could not really see it clearly.

7      Q    Okay.  Well, I'm focusing on the second

8   one.  Why did you not try to identify when the

9   second outside model was manufactured?

10     A    Okay.  First of all, there was a char mark

11  on the battery itself.  That is why I couldn't

12  identify what it was because I don't remember off

13  the top of my head right now.

14     Q    Did you identify when the inside shell of

15  the second battery was manufactured?

16     A    I couldn't.

17     Q    Did you identify who was the customer that

18  purchased the outside model from Samsung SDI?

19     A    For us to find that out, we need the

20  battery lot number, but that information was not

21  provided to us, so we couldn't.

22     Q    Where is the battery lot number located?

23     A    If you were to cut the tubing open and --

24  there is a can inside, and it's imprinted on that

25  can.  But such information was not provided to us,

179

1    for subsequent remedial measures.

2           But other than that, you may answer the

3    question.

4           THE WITNESS:  I do not know for sure, but

5    there are so many different customers with different

6    variations, so I'm thinking it's possible that we

7    could have gotten some changes implemented.

8    BY MR. BENTLEY:

9        Q    Now, you say in your declaration on page 5,

10   paragraph 15, quote, "The 18650-29E RLIB are

11   designed and manufactured specifically to be

12   incorporated into battery packs for use in e-bikes."

13           (Reporter clarification.)

14           MR. BENTLEY:  E-bikes.

15           THE INTERPRETER:  I'm sorry.

16   BY MR. BENTLEY:

17       Q    Did you confirm that with anybody at

18   Samsung SDI?

19       A    Yes, I did confirm that.

20       Q    With who?

21       A    Well, during the development, it becomes, I

22   guess, knowledge that certain things get developed

23   for certain usage.

24       Q    I want to know where you obtained that

25   knowledge.

1        A   I gained that knowledge from either

2    development division or the business division.  I

3    think I have heard.

4        Q   Okay.  You think you've heard, but do you

5    know the name of anybody at Samsung SDI that

6    confirmed with you that the 29E batteries are

7    designed and manufactured specifically to be used in

8    e-bikes?

9        A   I do not know that individual's name,

10   however -- I do not know that person's name,

11   however, that information can be found in some

12   internal request for approval for product

13   manufacturing or production for a particular

14   customer.  And in such document, they usually state

15   what the purpose of the product is.

16       Q   Did you --

17           THE INTERPRETER:  Oh, I'm sorry.  Can the

18   interpreter change the last witness's answer from

19   request for approval to product specification?

20           MR. BENTLEY:  Okay.  Did the witness

21   correct you, or is the witness correcting himself?

22           THE INTERPRETER:  Witness corrects the

23   interpreter.

24           MR. BENTLEY:  Okay.  Please let us know

25   when that happens, okay, versus the witness

 1    correcting himself.

 2            THE INTERPRETER:  Will do.  Thank you.

 3    Sorry.

 4            MR. BENTLEY:  That's all right.

 5       Q    Okay.  Did you personally review any of

 6    those documents or reports that indicated that these

 7    29E batteries are specifically manufactured and

 8    designed for use in e-bikes?

 9       A    Yes.

10       Q    Who was it -- or what documents did you

11    review?

12       A    CET check sheet as well as product

13    specification.

14       Q    Now, you say here in paragraph 16 that

15    "Samsung SDI sold approximately 14.1 million

16    18650-29E RLIB batteries to sophisticated and

17    qualified companies."

18            Is that a true --

19            THE INTERPRETER:  Go ahead, please.  Sorry.

20    BY MR. BENTLEY:

21       Q    Is that a true statement?

22       A    Yes, that's correct.

23       Q    And how did you confirm that number?

24            MR. AMIN:  I'm instructing Mr. Shin not to

25    reveal the contents of any communications he might

KAMRYN I WHITNEY COURT REPORTING, LLC
info@kwcourtreporting.com

1    have had with in-house counsel for Samsung SDI.

2              But if you can do it without revealing

3    that, then please provide that information.

4              THE WITNESS:  I learned of it through the

5    information provided by the business division.

6    BY MR. BENTLEY:

7        Q    Okay.  And how many customers purchased

8    these 14.1 million batteries in 2015?

9        A    That, I cannot recall off the top of my

10   head.

11       Q    Do you have an estimate?

12       A    No, I don't.  I only looked at the total

13   number of -- total number.  I did not go far as

14   confirming how many customers or who the customers

15   were.

16       Q    Are the 29E RLIB batteries designed and

17   manufactured exclusively for only use in e-bikes?

18       A    When the product was developed, that was

19   how it was designed and manufactured as usage.

20       Q    And in 2015, is it your testimony that the

21   $14 million -- or strike that.

22              In 2015, is it your testimony that the

23   approximate 14 million 29E batteries that were sold

24   were sold for exclusive use with e-bikes?

25       A    As I stated earlier, what customers

1    purchase what batteries for what particular use of

2    their own, I cannot ascertain that here myself, so I

3    actually do not know for sure if 14 million of those

4    batteries were used for the e-bikes only or not.

5         Q    Did Samsung -- strike that.

6              For all 14 million batteries, whoever

7    Samsung SDI sold them to, did they comply with the

8    CET program?

9              MR. AMIN:    Objection.    Vague and ambiguous.

10             You can answer.

11             THE WITNESS:    I do not know how it is with

12   the entire customer base, but I like to think -- I

13   tend to think that they have.    The reason I say that

14   is because they would have to be in compliance as

15   our requirement for us to supply the batteries to

16   them.

17   BY MR. BENTLEY:

18        Q    Back in 2015, was there any other intended

19   use, from Samsung SDI's perspective, for the

20   18650-29E other than e-bikes?

21        A    Well, that particular battery was developed

22   to be used for the e-bikes only, so I like to think

23   that there was no other intended use.

24        Q    Do you know the names of any customers that

25   purchased the 29E batteries in 2015?

1          A    I don't have the names with me.

2          Q    Getting to paragraph 17, you indicate that

3    the sales for the 29E RLIB in 2016 were

4    approximately 31.8 million.

5               Is that a true statement?

6          A    Yes, because that information was provided

7    by the business division.

8          Q    Okay.  And what is your understanding as to

9    the reason for the increase from 14.1 million in

10   sales to 31.8 million in sales in 2016?

11         A    The -- before our customers used lithium

12   ion batteries, they actually used lead pressed

13   batteries, but that type of battery is actually

14   quite bulky and heavy, so I think that our customers

15   switched to the lithium ion batteries for the

16   convenience.  That's why I think the sales volume

17   increased for that reason.

18         Q    What customers?  What industry are you

19   talking about?

20         A    I was referring to e-bike industry, but I

21   do not know particular names of the customers.

22         Q    Do you believe that the increase from

23   14.1 million in sales of the 29E to 31.8 million in

24   sales has anything to do with consumers using those

25   batteries in e-cigarette products?

186

1   talking.  Let's try it again.

2          Okay.  What department would keep track of

3   the names of the companies that purchased the 29E

4   lithium ion batteries in 2015?

5      A    That would be business division.

6      Q    Do you know the names of any distributors

7   or wholesalers or any companies of any kind that

8   purchased the 18650-29E RLIB in 2015, '16, or '17?

9          MR. AMIN:  When Mr. Shin answers this

10  question, I would like to designate his answer as

11  confidential under the protective order.

12         THE WITNESS:  I'm not in business or sales,

13  so I actually do not have any information.

14  BY MR. BENTLEY:

15     Q    Do you know how many 18650-29E RLIB

16  batteries Samsung SDI sold in 2014?

17     A    I do not know.

18     Q    Do you know how many of those batteries

19  were sold in any given year, let's say, between 2008

20  and 2014?

21     A    I don't.

22     Q    Was the growth in sales from Samsung SDI

23  18650-29E RLIB batteries stronger from 2015 to the

24  present or from 2010 to 2015?

25         MR. AMIN:  Objection.  Vague and ambiguous.

188

1    their 18650 batteries to warn people about using

2    them with e-cigarette?

3            MR. AMIN:  Objection.

4            Go ahead.  Sorry about that.

5            Objection to the extent the answer

6    constitutes an inadmissible subsequent remedial

7    measure.

8            But you may answer, Mr. Shin.

9            THE WITNESS:  My recollection is that it

10   was from July of 2017.

11   BY MR. BENTLEY:

12      Q   And what was the warning that was placed on

13   the battery at that time?

14      A   It was a warning, instructions on how the

15   battery should be handled.

16      Q   When did Samsung SDI first place a warning

17   on its 18650 batteries that stated Samsung batteries

18   should not be used with electronic cigarette

19   devices?

20            MR. AMIN:  Can I have that question read

21   back to me, please?

22            (Record read as follows:

23                "Q   When did Samsung SDI

24            first place a warning on its 18650

25            batteries that stated Samsung

 1              batteries should not be used with

 2              electronic cigarette devices?")

 3              MR. AMIN:  Objection to the extent that the

 4     answer constitutes an inadmissible subsequent

 5     remedial measure.

 6              But you may answer, Mr. Shin.

 7              THE INTERPRETER:  Okay.  Mr. Shin is asking

 8     for the question to be retranslated which the

 9     interpreter is going to render right now.

10              MR. BENTLEY:  Okay.  The objection is

11     noted.

12              THE INTERPRETER:  Can the interpreter

13     clarify one thing?

14              THE WITNESS:  Okay.  Outside of the

15     package -- strike that.

16              In August of 2019, that was when the

17     statement was attached to the outside of the battery

18     for the first time.

19     BY MR. BENTLEY:

20          Q   You knew I knew that; right?

21              THE INTERPRETER:  Mr. Bentley, I'm sorry?

22     BY MR. BENTLEY:

23          Q   Yeah.  My question is:  You knew I knew

24     that; correct?

25              MR. AMIN:  Objection.  Calls for

                                                          195

1          "Q    What were the total

2          sales of 18650-29E RLIB batteries

3          for the year 2018?")

4          THE WITNESS:  Since I'm not part of

5    business division, I do not know.

6    BY MR. BENTLEY:

7        Q    Do you know how many sales of the batteries

8    were sold in 2019 or '20?

9          MR. AMIN:  Objection.  It's overbroad.

10   Vague and ambiguous.  May constitute an inadmissible

11   subsequent remedial measure.  It's also irrelevant.

12          You may answer the question.

13          THE WITNESS:  Likewise, I am not in

14   business and sales, so I do not know.

15   BY MR. BENTLEY:

16       Q    Why did Samsung place a warning on the

17   18650 lithium ion batteries warning customers that

18   they should not be used with electronic cigarette

19   devices?

20          MR. AMIN:  Objection.  I instruct the

21   client not to reveal any communications he has had

22   with any of Samsung SDI's attorneys, whether

23   in-house or outside.  I'm also objecting on the

24   grounds that the answer is an inadmissible

25   subsequent remedial measure.

199

1  really hear Mr. Shin's answer very clearly.  Can I

2  ask him to repeat his answer, please?

3          MR. BENTLEY:  Yes.  Thank you.

4          THE WITNESS:  Our manufacturing facilities

5  are scattered globally.  I think we have three total

6  factories that are located -- including those

7  located oversees, so we are implementing this

8  consecutively and continually.

9  BY MR. BENTLEY:

10      Q   Look at paragraph 20 of your declaration on

11  page 5.  You talk about notice of completion and

12  authorization to apply for the UL mark, and you

13  attach to your declaration Exhibit 4.

14          Who did you speak with at Samsung to obtain

15  this information?

16          THE INTERPRETER:  Mr. Bentley, are you

17  talking about 22?

18          MR. BENTLEY:  Paragraph 20.

19          THE INTERPRETER:  Oh, 20.  Okay.  Okay.

20  I'll render it now.

21          THE WITNESS:  There is a department that is

22  in charge with certifying UL marks.  I got it from

23  them.

24  BY MR. BENTLEY:

25      Q   Do you know the name of that person that

1    you spoke with?

2         A    There were more than a couple individuals

3    involved in this, so for me to come up with exact

4    names, I would have to go and ask.

5         Q    Take a look at paragraph 13 on page 4.

6    What type of training was provided to companies in

7    2017?

8         A    We informed our customers that our

9    company's cell was illegally used for e-cigarette,

10   and so we conducted a training -- provided training

11   sessions so that such illegal distribution of our

12   product wouldn't happen again.

13             MR. AMIN:  Counsel, we've been going over

14   an hour.  Can we take a break?

15             MR. BENTLEY:  Yeah.  I've got -- I maybe

16   only have 20 more minutes, so I'm almost finished.

17   So a ten-minute break?

18             MR. AMIN:  Sounds good.  Thank you.

19             MR. BENTLEY:  Thank you.

20             THE VIDEOGRAPHER:  Okay.  The time is

21   7:25 p.m., and we're off the record.

22             (Recess.)

23             THE VIDEOGRAPHER:  The time is 7:37 p.m.,

24   and we're back on the record.

25   ///

```
 1   STATE OF CALIFORNIA    )

 2   COUNTY OF ORANGE        )     ss.

 3

 4       I, Sabrina Guzman, CSR No. 14059, in and for the

 5   State of California, do hereby certify:

 6       That prior to being examined, the witness named

 7   in the foregoing deposition was by me duly sworn to

 8   testify to the truth, the whole truth, and nothing

 9   but the truth;

10       That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my

13   direction, and the same is a true, correct, and

14   complete transcript of said proceedings;

15       I further certify that I am not interested in

16   the event of the action.

17       Witness my hand this ___ day of _____,

18   20___.

19

20
                         _____
21                       Certified Shorthand Reporter
                         for the State of California
22

23

24

25
```

221