Exhibit 2

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ZAHED AMIN, SB# 253469
   E-Mail: Zahed.Amin@lewisbrisbois.com
BRETT MILLER, SB# 317564
   E-Mail: Brett.Miller@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants SAMSUNG SDI AMERICA,
INC. and SAMSUNG SDI CO., LTD

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE, SOUTHWEST JUSTICE CENTER

| | |
|---|---|
| JUSTIN COPP, an individual, | CASE NO.: MCC1800993 |
| Plaintiff, | **DEFENDANT SAMSUNG SDI CO., LTD'S RESPONSES TO PLAINTIFF JUSTIN COPP'S SPECIAL INTERROGATORIES, SET TWO** |
| vs. | |
| VAAPESCAPE, INC., a California corporation, SAMSUNG SDI CO., LTD, a Korean Corporation, SAMSUNG SDI AMERICA, INC., a California Corporation, and DOES 1-100 inclusive, | [Assigned for All Purposes to: The Hon. Angel Bermudez, Dept. S302] |
| | Action Filed:     September 4, 2018 Trial Date:       November 6, 2020 |
| Defendants. | |

PROPOUNDING PARTY:    Plaintiff, JUSTIN COPP

RESPONDING PARTY:       Defendant, SAMSUNG SDI CO., LTD

SET NO.:                          TWO (2)

Defendant Samsung SDI Co., Ltd. ("Samsung SDI") hereby submits the following

Responses to Plaintiff's Second Set of Special Interrogatories:

## **PRELIMINARY STATEMENT**

Discovery is ongoing at this time, and Samsung SDI reserves the right to amend its

responses if additional facts, documents, or information are discovered.  The following responses

are given solely for the purpose of this litigation, and without prejudice to Samsung SDI's right to

produce or introduce evidence of subsequently discovered documents and facts.

4825-3456-8877.1

1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   **SPECIAL INTERROGATORY NO. 23:**

2      State the number of SAMSUNG 29E7 BATTERIES sold by YOU in each year from 2009

3   through 2018.

4   **RESPONSE TO SPECIAL INTERROGATORY NO. 23:**

5      Samsung SDI objects to the extent information responsive to this interrogatory is protected

6   under the attorney client privilege, the attorney work product doctrine, and possibly other legally

7   recognized privileges, and it encompasses information that is confidential, private, proprietary,

8   sensitive, a trade secret, and/or otherwise protected from disclosure.  Furthermore, Samsung SDI

9   objects to the extent this interrogatory is vague, ambiguous, unintelligible, uncertain, overbroad,

10   unduly burdensome, unduly expensive, compound, conjunctive, disjunctive, harassing, duplicative

11   of previous requests, oppressive, beyond Samsung SDI's personal knowledge, assumes facts not in

12   evidence, equally available to Plaintiff, prematurely calls for the disclosure of expert witness

13   opinions and information, and lacks foundation.  Samsung SDI objects because information

14   responsive to this interrogatory is not relevant to the above-captioned action and is not reasonably

15   calculated to lead to the discovery of admissible evidence, thereby falling outside of the

16   permissible scope of discovery.

17      Subject to and without waiving any of the above objections, or any other objections that

18   become subsequently applicable, Samsung SDI responds as follows:  In 2015, Samsung SDI sold

19   approximately 14.1 million 18650-29E rechargeable lithium ion batteries ("RLIB") to

20   sophisticated, authorized, and qualified companies. In 2016, Samsung SDI sold approximately

21   31.8 million18650-29E RLIB to sophisticated, authorized, and qualified companies. In 2017,

22   Samsung SDI sold approximately 63.7 million 18650-29E RLIB to sophisticated, authorized, and

23   qualified companies.

24      Discovery and investigation are continuing, and Samsung SDI reserves the right to

25   supplement this response at a later time.

26   **SPECIAL INTERROGATORY NO. 24:**

27      State the number of 18650 lithium-ion batteries manufactured by YOU in each year from

28   2009 through 2018.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Discovery and investigation are continuing, and Samsung SDI reserves the right to

2    supplement this response at a later time.

3    **SPECIAL INTERROGATORY NO. 188:**

4    IDENTIFY each lawsuit in which YOU have been named as a defendant related to

5    personal injury allegedly caused by a SAMSUNG BATTERY.

6    **RESPONSE TO SPECIAL INTERROGATORY NO. 188:**

7    Samsung SDI objects to the extent information responsive to this interrogatory is protected

8    under the attorney client privilege, the attorney work product doctrine, and possibly other legally

9    recognized privileges, and it encompasses information that is confidential, private, proprietary,

10   sensitive, a trade secret, and/or otherwise protected from disclosure.  Furthermore, Samsung SDI

11   objects to the extent this interrogatory is vague, ambiguous, unintelligible, uncertain, overbroad,

12   unduly burdensome, unduly expensive, compound, conjunctive, disjunctive, harassing, duplicative

13   of previous requests, oppressive, beyond Samsung SDI's personal knowledge, assumes facts not in

14   evidence, equally available to Plaintiff, prematurely calls for the disclosure of expert witness

15   opinions and information, and lacks foundation.  Samsung SDI objects because information

16   responsive to this interrogatory is not relevant to the above-captioned action and is not reasonably

17   calculated to lead to the discovery of admissible evidence, thereby falling outside of the

18   permissible scope of discovery.

19   Subject to and without waiving any of the above objections, or any other objections that

20   become subsequently applicable, Samsung SDI responds as follows:

21   1. *Cochran v. Quy V. Nguyen, et al.*, Superior Court, County of San Diego, State of
22      California, Case No. 37-2016-00020112-CU-PO-CTL

23   2. *Robert Moseley v. Smokers Choice Vapes, et al.*, State Court of DeKalb County, State of
        Georgia, Case No. 16A58623E5

24   3. *Charlie Vaughn v. Samsung SDI America, Inc., et al.*, State Court of Fulton County, State
25      of Georgia, Case No. 17EV004532

26   4. *Ralph Johnson v. Brad-More Cigars, LLC, et al.*, 18th Judicial Circuit Court, State of
27      Illinois, Dupage County, Case No. 2015L616

28   / / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-3456-8877.1

5. *Joshua Credle v. Samsung SDI America, Inc., et al.,* USDC, United State District Court, California Northern District, Oakland Division, Case No. 4:17-cv-07281-JSW

6. *Kendall Tanouye v. Liquid Vape House, L.L.C., et al.,* District Court, Clark County, State of Nevada, Case No. A-16-740543-C

7. *Michael Williams v. Eciggeez LLC et al.,* District Court of Muskogee County, State of Oklahoma, Case No. CJ-2016-00195

8. *Gustavo Cardosa v. Samsung SDI America, Inc., et al.,* 11th Judicial Circuit Court, Miami-Dade County, State of Florida, Case No. 2016-031703-CA-01

9. *William Switzer v. Vapor Road, LLC, et al.,* 6th Judicial Circuit Court, Pinellas County, State of Florida, Case No. 16-007083-CI

10. *Aaron Stracener v. Northside, L.L.C., et al.,* 36th Judicial District Court, Parish of Beauregard, State of Louisiana, Case No. 2016-1028

11. *Samsung SDI America, Inc. adv. Joshua Giangregorio* – NOT IN LITIGATION (Mass.)

12. *Samsung SDI America, Inc. adv. Arthur Speir* – NOT IN LITIGATION (Oklahoma)

13. *Adam Schierman v. The Vapor Craft LLC, et al.,* 4th Judicial Circuit, Duval County, State of Florida, Case No. 2017-CA-003182

14. *Kenneth Murphy v. LG Chem Ltd., et al.,* Marion County Superior Court, State of Indiana, Case No. 49D03-1706-CT-022751

15. *Peter Bishop v. LG Chem Ltd., et al.,* Missouri Circuit Court, 21st Judicial Circuit, Saint Louis County, State of Missouri, Case No. 17SL-CC00708

16. *Jonathan Towne v. Samsung SDI Co., Ltd., et al.,* Worcester County Superior Court, Commonwealth of Massachusetts, Case No. 1985CV00504B

17. *Daryn Avalos v. Samsung SDI America, Inc., et al.,* Superior Court of California, Sacramento County, 34-2017-00215922

18. *Kellen Ross v. Samsung SDI Co., Ltd.,* 4th Judicial District Court, Ada County, State of Idaho, Case No. CV01-17-12705

19. *Angel Moon v. Samsung SDI Co., Ltd.,* Superior Court of California, Santa Clara County, Case No. 17CV310840

20. *Damon Jackson v. Atlanta Vapor, LLC, et al.,* Superior Court of Fayette County, State of Georgia, Case No. 2017V-0873

21. *Michael Williams v. Samsung Electronics of America, Inc., et al.,* Mason Circuit Court, Commonwealth of Kentucky, Case No. 17-CI-00271

22. *Daniel Gagnon v. Eciggity, LLC, et al.,* USDC, District of New Jersey, Case No. 2:16-CV-05594-CCC-JBC

23. *Brandon Yarbrough v. E-Liquid, Inc., et al.,* Court of Common Pleas, County of Greenville, State of South Carolina, Case No. 2018-CP-2300169

24. *Marvin Flowers v. Lumen Tactical, LLC, et al.,* 102nd District Court, Bowie County, State of Texas, Case No. 18C0231-102

25. *Juan Moore v. Vaperz Enterprises, LLC, et al.,* Circuit Court of Cook County, State of Illinois, Case No. 2018 L 001523

26. *Nicholas Cortese v. Elite Vapor LLC, et al.,* Erie County Superior Court, State of New York, Case No. 803174/2018

27. *Nicholas Robinson v. Braithwaites Consumer Goods, et al.,* Superior Court of California, Alameda County, Case No. RG16843659

28. *Nicholas Loscocco v. Samsung SDI Co., Ltd., et al.,* Middlesex County Superior Court, Commonwealth of Massachusetts, Case No. 1881-CV-01127

29. *Nathan Smith v. Samsung SDI America, Inc., et al.,* Maricopa County Superior Court, State of Arizona, Case No. CV2018-050464

30. *Jonathan Carter v. IMR Electronics, LLC, et al.,* Court of Common Pleas, Greenville County, State of South Carolina, Case No. 2017-CP-23-01599

31. *Shawn May v. Samsung SDI Co., Ltd., et al.,* Wayne County Circuit Court, State of Michigan, Case No. 18-000083-NP

32. *Justin Copp v. Vaapescape, Inc., et al.,* Superior Court of California, Riverside County, Case No. MCC1800993

33. *Al John Ancheta v. Vape Revolution, et al.,* Superior Court of California, Los Angeles County, Case No. BC721427

34. *Tristian Andrews v. Vapeboxx Oak Hill, LLC, et al.,* 419th District, Travis County, State of Texas, Case No. D-1-GN-19-000700

35. *Justin Motuzick v. All In E-Liquid, LLC, et al.,* Superior Court, Judicial District of Hartford, State of Connecticut, Case No. HHD-CV18-6101974-S

36. *Gregory Stumpf v. Stuff-N-Puffs #101, LLC, et al.,* Summit County Court of Common Pleas, State of Ohio, Case No. CV-2018-09-3826

37. *David Rush v.* Fatboy Vapors Alaska, LLC, et al., Superior Court of Alaska, 3rd Judicial District at Anchorage, Case No. 3AN-17-05912CI

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

38. *Maxwell De La Fuente v. Syndicate Vapes, LLC, et al.*, Superior Court of California, San Diego County, Case No. 37-2018-00008709-CU-PL-CTL

39. *Scott Hildreth v. Naples Vapor, LLC, et al.*, 20th Judicial Circuit Court, Collier County, State of Florida, Case No. 18-CA-373

40. *Dalton Christen v. Red Star Vapor, L.L.C., et al.*, Maricopa County Superior Court, State of Arizona, Case No. CV2017-016180

41. In The Matter of American River Transportation Co., LLC, as Owner And Operator of the M/V Louisiana Lady, Praying for Exoneration from or Limitation of Liability, USDC, Eastern District of Louisiana, Case No. 2:18-CV-02186

42. *James King v. Red Star Vapor, L.L.C., et al.*, Maricopa County Superior Court, State of Arizona, Case No. CV2017-016179

43. *Christopher May v. Samsung SDI Co., Ltd, et al.* USDC, District of New Jersey, Case No. 3:19-CV-07963-FLW-TJB

44. *Michael Parent v. Good Guy SBI LLC, et al.*, Morris County Superior Court, State of New Jersey, Case No. MRS-L-2292-18

45. *Dajuan Barbra v. Atlanta Vapor LLC, et al.*, State Court of Fulton County, State of Georgia, Case No. 19EV000719

46. *Tashia Hernandez v. Cloud 9 Vape, et al.*, 35th Judicial District Court, Brown County, State of Texas, Case No. CV1901031

47. *Jimmy Nguyen v. Samsung SDI Co., Ltd., et al.*, Garland County Circuit Court, State of Arkansas, Case No. 26CV-18-1744

48. *Bennett Fields v. South Georgia Vapor, LLC, et al.*, 2nd Judicial Circuit Court, Leon County, State of Florida, Case No. 2019-CA-000236

49. *Michael Henry v. Smoke-Free Planet, LLC, et al.*, Circuit County for Carroll County, State of Maryland, Case No. C-06-CV-18-000505

50. *Simon Stickle v. Asheville Vapor, Inc., et al.*, Buncombe County Superior Court, State of North Carolina, Case No. 19 CVS 852

51. *Kevin Martin v. Rad Glass, Inc., et al.*, 298th Judicial Circuit Court, Dallas County, State of Texas, Case No. DC-19-04265

52. *Benjamin Kurtz v. Drive Thru Vape and & Smoke Outlet, LLC, et al.*, Circuit Court of Accomack County, Commonwealth of Virginia, Case No. CL-18-000351

53. *Brandon Hicks v. Samsung SDI Co., Ltd,* Superior Court of California, Santa Clara County, Case No. 19CV346349

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

54. *Nicholas Foote v. Samsung SDI Co., Ltd.,* Superior Court of California, Santa Clara County, Case No. 19CV347040

55. *Patrick Giambrone v. Miguel Jones, et al.,* Chilton County Circuit Court, State of Alabama, Case No. 14-CV-2019-900119.00

56. *Samsung SDI America, Inc. adv. Anthony Bell,* NOT IN LITIGATION

57. *Stephen Powell v. Samsung SDI Co., Ltd., et al.,* 12th Judicial Circuit Court, Sarasota County, State of Florida, Case No. 2019-CA-002525NC

58. *Samsung SDI America, Inc. adv. Aaron Johnson-Macklin,* NOT IN LITIGATION

59. *Timothy Lipski v. Notorious Vapors, et al.,* Hampshire County Superior Court, Commonwealth of Massachusetts, Case No. 1980CV0046

60. *Micah Hite v. Red Barn Market & Liquor, Inc., et al.,* Superior Court of California, San Bernardino County, Case No. CIVDS1821663

61. *Thomas Pantano v. Bella's Vapes, et al.,* Bergen County Superior Court, State of New Jersey, Case No. BER-L-4759-19

62. *Scott Mann v. VRK Tech, Inc., et al.,* Superior Court of California, Los Angeles County, Case No. 19STCV15748

63. *Joseph North v. Samsung SDI America, Inc., et al.,* Superior Court of California, Santa Clara County, Case No. 19CV347693

64. *Reggie Bridges v. Cloud 9 Vapors LLC, et al.,* Forrest County Circuit Court, State of Mississippi Case No. H19-0117

65. *Jonathan Freed v. Frisco Vape, et al.,* Superior Court of California, San Francisco County, Case No. CGC-17-560656

66. *Nolean Francisco v. Vape Elements, et al.,* Superior Court of California, San Diego County, Case No. 37-2019-00014509-CU-PL-CTL

67. *Zachary Nettles v. Artison Vapor Franchise, et al.,* 44th Judicial District Court, Dallas County, State of Texas, Case No. DC-19-11382

68. *Carlos Johnson v. Michael Angelo Perez,* 281st Judicial District Court, Harris County, State of Texas, Case No. 201956292

69. *James Howard v. Ecigrus, LLC, et al.,* USDC, Eastern District of Tennessee, Case No. 4:19-cv-00065-TRM-SKL

70. *Joe Kaminski v. Rize Group, LLC, et al.,* Worcester County Superior Court, Commonwealth of Massachusetts, Case No. 1985CV00892D

71. *Jon Corbisez v. South Coast Vapor Co., et al.,* Superior Court of California, San Diego County, Case No. 37-2019-00045362-CU-PL-CTL

72. *Douglas Barker v. 909 Vapor, LLC, et al.,* Superior Court of California, San Bernardino County, Case No. CIVDS 1925466

73. *Samsung SDI Co., Ltd, adv. Christopher Tanner* – NOT IN LITIGATION

74. *Mark Gartner v.* JVS Vapor, Inc., et al., 1st Judicial Circuit Court, Santa Rosa County, State of Florida, Case No. 19-CA-120

75. *Stephanie Thomas v. Admiral Trading, et al.,* Pierce County Superior Court, State of Washington, Case No. 19-2-07450-2

76. *Kelly Williams a/k/a Kelly Peterson v. Samsung SDI America, Inc., et al.,* Polk County District Court, Case No. LACL 145854

77. *Jorge Enriquez v. CKS Brand, LLC, et al.,* Clark County District Court, State of Nevada, Case No. A-19-805782-C

78. *Samsung SDI Co., Ltd. adv. Aretha Moss* – NOT IN LITIGATION

79. *Michael Perez v. Samsung SDI America, Inc., et al.,* Superior Court of California, Santa Clara County, Case No. 19CV360356

80. *Richard Volpe v. Cloud 9 Vapor Company of SWFL LC,* 20th Judicial Circuit Court, Lee County, State of Florida, Case No. 2020-CA-000534

81. *John Eyer-Sablina v. Samsung SDI Co., Ltd.,* King County Superior Court, State of Washington, Case No. 20-2-02961-1 SEA

82. *Jerry Nadeau v. E-Cig City, et al.,* Superior Court of California, Los Angeles County, Case No. 19STCV44423

83. *Dana Neal v. Samsung Electronics America, Inc.,* 333rd District Court, Harris County, State of Texas, Case No. 2019-88912

84. *Terry Trimm v. Healthier Choices Management Corp., et al.,* 8th Judicial Circuit Court, Alachua County, State of Florida, Case No. _____

85. *Christopher M. Stone, Jr. v. Samsung SDI America, Inc., et al.,* 4th Judicial District Court, Kootenai County, State of Idaho, Case No. CV28-18-5856

86. *James Hardcastle v. Samsung SDI Co., Ltd., et al.,* 3rd Judicial District Court, Salt Lake County, State of Utah, Case No. 200901527

87. *Jonathan Strickland v. Vapor Lounge SC LLC, et al.,* 17th Judicial Circuit Court, Broward County, State of Florida, Case No. CACE19003465

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  88. *Michael Halfman v. Samsung SDI America, Inc., et al.,* Circuit Court of Clay County, State

2      of Alabama, Case No. 17-CV-2016-900045

3      Discovery and investigation are continuing, and Samsung SDI reserves the right to

4  supplement this response at a later time.

5  **SPECIAL INTERROGATORY NO. 189:**

6      IDENTIFY each claim YOU have received related to personal injury allegedly caused by a

7  SAMSUNG BATTERY.

8  **RESPONSE TO SPECIAL INTERROGATORY NO. 189:**

9      Samsung SDI objects to the extent information responsive to this interrogatory is protected

10  under the attorney client privilege, the attorney work product doctrine, and possibly other legally

11  recognized privileges, and it encompasses information that is confidential, private, proprietary,

12  sensitive, a trade secret, and/or otherwise protected from disclosure.  Furthermore, Samsung SDI

13  objects to the extent this interrogatory is vague, ambiguous, unintelligible, uncertain, overbroad,

14  unduly burdensome, unduly expensive, compound, conjunctive, disjunctive, harassing, duplicative

15  of previous requests, oppressive, beyond Samsung SDI's personal knowledge, assumes facts not in

16  evidence, equally available to Plaintiff, prematurely calls for the disclosure of expert witness

17  opinions and information, and lacks foundation.  Samsung SDI objects because information

18  responsive to this interrogatory is not relevant to the above-captioned action and is not reasonably

19  calculated to lead to the discovery of admissible evidence, thereby falling outside of the

20  permissible scope of discovery.

21      Subject to and without waiving any of the above objections, or any other objections that

22  become subsequently applicable, Samsung SDI responds as follows:

23  1. *Cochran v. Quy V. Nguyen, et al.,* Superior Court, County of San Diego, State of

24     California, Case No. 37-2016-00020112-CU-PO-CTL

25  2. *Robert Moseley v. Smokers Choice Vapes, et al.,* State Court of DeKalb County, State of

26     Georgia, Case No. 16A58623E5

27  3. *Charlie Vaughn v. Samsung SDI America, Inc., et al.,* State Court of Fulton County, State

28     of Georgia, Case No. 17EV004532

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4825-3456-8877.1

39

DEFENDANT SAMSUNG SDI CO., LTD'S RESPONSES
TO PLAINTIFF JUSTIN COPP'S SPECIAL INTERROGATORIES, SET TWO

0144