UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BD, a Minor, By and Through His Guardian Ad Litem, BRYAN MYERS, | ) ) ) |
| Plaintiffs, | ) CASE NO.:  2:22-cv-107-MPB-MKK ) |
| v. | ) ) |
| SAMSUNG SDI CO., LTD, | ) ) |
| Defendant. | ) ) |

### DEFENDANT SAMSUNG SDI CO., LTD'S POSITION STATEMENT UPON REMAND

Local Rule 16-2 of the Rules for the United States District Court for the Southern District of Indiana provides, "Within 21 days after the court receives a case remanded by the court of appeals for further proceedings…each party must file a statement of position as to what action the court should take in the case."

On January 24, 2024, the United States Court of Appeals for the Seventh Circuit remanded this case for the limited purpose of allowing discovery on the issue of personal jurisdiction. Pursuant to Local Rule 16-2, Defendant Samsung SDI Co., LTD ("SDI") informs the Court and the parties of SDI's position:  This matter should be stayed while the parties conduct jurisdictional discovery and further brief the issue of personal jurisdiction.

Contemporaneously with this Position Statement, SDI is submitting its Motion to Stay.

Respectfully submitted,

*s/ Dina M. Cox*
DINA M. COX, #18590-49
LEWIS WAGNER, LLP
***Counsel for Defendant Samsung SDI Co., LTD***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 14, 2024, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

| | |
|---|---|
| Robert T. Dassow<br>HOVDE DASSOW + DEBTS, LLC<br>10201 N. Illinois Street<br>Suite 500<br>Indianapolis, IN 46290<br>rdassow@hovdelaw.com<br>*Counsel for Plaintiff* | Kristen Drake<br>Levin Simes Abrams LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, CA 94111<br>kdrake@levinsimes.com<br>*Counsel for Plaintiff* |

                *s/ Dina M. Cox*
                DINA M. COX

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
dcox@lewiswagner.com